**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Efrain ROMO–ALCARAZ, aka
Juan Manuel Ruiz–Castillo,
Defendant—Appellant.**

No. 03–10587.

D.C. No. CR–03–00522–CKJ.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 18, 2004.

Raquel Arellano, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Francisco Leon, Tucson, AZ, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM**

Efrain Romo–Alcaraz appeals his guilty-plea conviction and 45–month sentence for illegal re-entry after deportation in violation of 8 U.S.C. § 1326.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Romo–Alcaraz has filed a brief stating that there are no grounds for relief, and a motion to withdraw as counsel of record. Romo–Alcaraz has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is **GRANTED** and the district court's judgment is **AFFIRMED**.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.